UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARCY HARPER,

               Plaintiff,

     v.

EKINIM, LVN,

               Defendant.

No.  2:25-cv-2603 CSK P

ORDER

     Plaintiff is a state prisoner proceeding pro se.  Plaintiff's claim three against defendant Ekinim, LVN, was severed from plaintiff's prior civil rights action.  (ECF No. 2 at 2.)  Defendant Ekinim is ordered to file a responsive pleading to plaintiff's claim three within thirty days from the date of this order.

     Accordingly, IT IS HEREBY ORDERED that defendant Ekinim is ordered to file a responsive pleading to plaintiff's claim three within thirty days from the date of this order.

Dated:  September 15, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/harp2603.resp

1