IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARCY HARPER,**<br>Plaintiff,<br>**v.**<br>**EKANEM,**<br>Defendant. | Case No. 2:25-cv-2603 DAD CSK<br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S MOTION TO STAY** |

Plaintiff is a former state prisoner proceeding pro se. Defendant filed a motion to stay proceedings until plaintiff complies with the Court's July 6, 2026 order (ECF No. 17) under Federal Rule of Civil Procedure 37. Upon consideration and good cause appearing, defendant's motion is partially granted. Discovery is closed, with the exception that plaintiff is still required to comply with this Court's July 6, 2026 order. The pretrial motions deadline is stayed pending resolution of defendant's motion to dismiss, at which time the Court will issue a new scheduling order, if appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for stay (ECF No. 19) is partially granted.
2. The pretrial motions deadline is stayed pending further order of the Court.

///

3. Defendant shall notify the Court if plaintiff provides discovery responses in compliance with the July 6, 2026 order (ECF No. 17) prior to the Court's ruling on the pending motion to dismiss.

Dated: September 2, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/harp2603.sty